WILLIAM H. McDONALD, Respondent, *v.* AMSTERDAM BUILDING COMPANY, Appellant.

(Argued March 22, 1932; decided April 26, 1932.)

*David Morgulas* and *M. Carl Levine* for appellant.

*Thomas F. Frawley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.